IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRIA GRANT | : | CIVIL ACTION |
| *FOR A.D.* | : | |
| | : | No. 18-1338 |
| v. | : | |
| | : | |
| ANDREW SAUL,[1] | : | |
| *COMMISSIONER OF SOCIAL* | : | |
| *SECURITY* | : | |

## **ORDER**

AND NOW, this 31st day of March, 2020, upon consideration of Plaintiff Andria Grant's Request for Review, and Defendant Andrew Saul, Commissioner of Social Security's response, and after careful and independent review of the Report and Recommendation of the United States Magistrate Judge Richard A. Lloret, the Commissioner's objections, and Grant's response to the Commissioner's objections, and for the reasons stated in the accompanying Memorandum, it is ORDERED:

1. The Commissioner's objections (Document 25) are OVERRULED;

2. The Report and Recommendation (Document 24) is APPROVED and ADOPTED;

3. Grant's Request for Review (Document 14) is GRANTED;

4. Judgment is entered in Grant's favor by separate order; and

5. This case is REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings before a different, and

---

[1] Andrew Saul became the Commissioner of Social Security on June 17, 2019. Pursuant to Federal Rule of Civil Procedure 25(d), Saul is substituted for Nancy A. Berryhill as the Defendant in this case.

constitutionally appointed, Administrative Law Judge consistent with the Report

and Recommendation.


BY THE COURT:


Juan R. Sánchez
Juan R. Sánchez, C.J.